**Robin L. CAIN, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–Appellee.**

No. 02–6817.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

David Bernard Hargett, Hargett & Watson, P.L.C., Richmond, Virginia, for Appellant. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Robin L. Cain seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Cain v. Angelone,* No. CA–01–398–7 (W.D.Va. May 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argu-

ment would not aid the decisional process.

*DISMISSED.*